D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01282-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>NADER SEPEHR, an individual; and DOES 1 through 20, inclusive,<br><br>Defendant(s). | NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)<br><br>[NO HEARING OR ORDER REQUIRED PER RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE] |

/ / /

/ / /

/ / /

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT, AND ALL PARTIES IN INTEREST:

Richard A. Marshack, solely in his capacity as Trustee of the LPG Liquidation Trust, files this notice of voluntary dismissal of adversary proceeding, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (made applicable to adversary proceedings by FRBP 7041).

Pursuant to Rule 41(a)(1)(A)(i), no stipulation or order is necessary for this dismissal to be effective as Defendant has yet to file a responsive pleading.

The status conference currently set for June 18, 2026, at 10:00 a.m. is vacated and no appearances will be necessary.

DATED: May 13, 2026

MARSHACK HAYS WOOD LLP

By: *<u>/s/ Chad V. Haes</u>*
CHAD V. HAES
Attorneys for Richard A. Marshack,
Plaintiff and Trustee of The LPG Liquidation Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- ATTORNEYS FOR PLAINTIFF: D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- INTERESTED PARTY: Brandon J. Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- PLAINTIFF: Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2026 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**: Continued

**Defendant – RTS 12-15-25**
Nader Sepehr
~~4533 MacArthur Blvd #216~~
~~Newport Beach, CA 92660~~

**Defendant – RTS 12-22-25**
Nader Sepehr
~~17748 Sky Park Circle~~
~~Irvine, CA 92614~~

**Defendant**
Nader Sepehr
15 Edendale St
Ladera Ranch, CA 92694

**Defendant**
Nicholas Nader Sepehr
70 Palatine, Unit 326
Irvine, CA 92612

**Courtesy Copy**
**Attorneys for Debtor, Nicholas Nader Sepehr (8:26-bk-10299-MH)**
Thomas J Polis
Polis & Associates, APLC
19800 MacArthur Blvd
Ste 1000
Irvine, CA 92612-2433